UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ALFREDO CORONA-VAZQUEZ,

     Defendant.

_____/

Hon. Janet T. Neff

Case No. 1:15-cr-0158

## ORDER

Defendant appeared before me on November 4, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.   I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 4th day of November, 2015.

     /s/ Phillip J. Green
     PHILLIP J. GREEN
     United States Magistrate Judge